## Commonwealth ex rel. Katz *v.* Glazer, Appellant.

Before STANZIANI, J.

Argued Sep-

tember 11, 1975. *Melvin Brookman,* with him *Shein and Brookman,* for appellant; *Richard D. Winters,* with him *Giangiulio, Katz & Winters,* for appellee.

Order affirmed.